**Terry Wendell COPELAND, Plaintiff-Appellant,**

v.

**DIVISION OF CORRECTION; Patrick Conroy, Warden; K. Landerkins, Lieutenant, Mail Room Supervisor; Sergeant Hargrove, Mail Room Supervisor; Maryland House of Correction,** Annex, Mailroom; Bernard Jackson, C.S.S.; Michael Miller; T.A. Page, Case Manager; Stephen Fitzgerald; Michelle Singhas; William J. Smith; D. Brown, Officer, Co II, 7 to 3 Shift; Sergeant McMillion; D. Cooper, Officer; A.J. Johnson, a/k/a A. Johnson; Herman Kelson, Officer; Lamont Thomas, Officer, Defendants-Appellees.

No. 01-6134.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Terry Wendell Copeland, pro se. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, MD, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Terry Wendell Copeland appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Copeland v. Division of Corr.,* No. CA-00-394-AMD (D.Md. filed Jan. 9, 2001; entered Jan. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*